UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELAINE HILL,

                Plaintiff,

    -against-

ROBERT DIDIO, in his official capacities and
as a private person et al., SONIA METELLUS,
in her official capacities and as a private person
et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV-1220 (FB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 2 1 2005 ★

P.M. _____
TIME A.M. _____

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on July 20, 2005, dismissing plaintiff's complaint; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered dismissing plaintiff's complaint.

Dated: Brooklyn, New York
       July 20, 2005

                                          /s/
                                  ROBERT C. HEINEMANN
                                  Clerk of Court